# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARVIN KENNEDY,

     PLAINTIFF,

        v.

SCI ROCKVIEW EMPLOYEES AND
MEDICAL EMPLOYEES, et al.,

     DEFENDANTS.

No. 3:10-CV-1764

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SMYSER)

## ORDER

**NOW** this 26th day of April, 2011, upon review of the report and recommendation of

Magistrate Judge J. Andrew Smyser (Doc. 23) for plain error or manifest injustice, **IT IS**

**HEREBY ORDERED** that:

    (1)    The report and recommendation (Doc. 23) is **ADOPTED.**

    (2)    The amended complaint is **DISMISSED**.

    (3)    This clerk of court is directed to mark this case **CLOSED**.

A. Richard Caputo
United States District Judge